An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HEALTH PLAN OF NEVADA, INC.;
AND SIERRA HEALTH SERVICES,
INC.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIMOTHY C. WILLIAMS, DISTRICT
JUDGE,
Respondents,
and
BERNARD THOMAS PAUL,
Real Party in Interest.

No. 66628

**FILED**

OCT 0 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This emergency petition for a writ of mandamus or prohibition challenges a district court order denying a motion to stay the underlying case pending this court's resolution of consolidated appeals presenting similar issues to those presented in the case below.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). This court may issue a writ of prohibition to arrest the proceedings of a district court exercising its judicial functions when such proceedings are in excess of the district court's jurisdiction. *See* NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Whether a writ petition will be considered is within

this court's discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). It is petitioners' burden to demonstrate that this court's extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered the petition and appendix, we conclude that writ relief is not merited. *See Smith*, 107 Nev. at 677, 818 P.2d at 851. Accordingly, we deny the petition. *See* NRAP 21(b)(1).

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc:   Hon. Timothy C. Williams, District Judge
      Bartlit Beck Herman Palenchar & Scott LLP
      Holland & Hart LLP/Las Vegas
      Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
      Lewis Roca Rothgerber LLP/Las Vegas
      Eglet Law Group
      Kemp, Jones & Coulthard, LLP
      Eighth District Court Clerk